AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**DISTRICT OF** DELAWARE

UNITED STATES OF AMERICA

v.

Arthur Davis

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-121M (MPT)

I, ARTHUR DAVIS, charged in a (complaint) (petition) pending in this District with Felon in Possession of a Firearm in violation of Title 18, U.S.C., 922(g)(1) and 924(a)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Arthur J. Davis_
Defendant

7/12/07
Date

_[signature]_
Counsel for Defendant



FILED
JUL 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE