

REDACTED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        )
                                 )
          v.                     )   Criminal Action No. 07- **102-UNA**
                                 )
ARTHUR DAVIS,                    )
                                 )
                                 )
          Defendant.             )

```
                                    ┌─────────────────────────┐
                                    │        FILED            │
                                    │  ┌───────────────────┐  │
                                    │  │    JUL 2 4 2007    │  │
                                    │  └───────────────────┘  │
                                    │   U.S. DISTRICT COURT   │
                                    │  DISTRICT OF DELAWARE   │
                                    └─────────────────────────┘
```

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about July 5, 2007 in the State and District of Delaware, ARTHUR DAVIS,

defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a

firearm, that is an Colt .32 caliber pistol, serial # 306118, after having been convicted on or about

May 14, 2007 of a crime punishable by imprisonment for a term exceeding one year, in the

Superior Court of and for the County of New Castle in the State of Delaware, in violation of Title

18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall

forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in the commission of the offense, including but not limited to the

following: Colt .32 caliber pistol, serial # 306118 and two rounds of .32 caliber ammunition.

A TRUE BILL.

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: Martin C. Meltzer
Martin C. Meltzer
Special Assistant United States Attorney

Dated: July 24, 2007

2