PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal Action No. <u>1:07CR00102-001 GMS</u> |
| Arthur Davis ) | |
| Defendant ) | |

### Petition on Probation and Supervised Release

COMES NOW <u>Carol L. Sain</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Arthur Davis, who was placed on supervision, after revocation, by the Honorable <u>Gregory M. Sleet,</u> sitting in the court at <u>Wilmington</u> on the <u>14th</u> day of <u>December, 2007</u> who fixed the period of supervision at <u>three years</u>, with the first four months to be served at The Plummer Center. General terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall provide the probation officer with access to any requested financial information.
2. The defendant shall participate in mental health treatment program, at the direction of the probation officer.
3. The defendant shall obtain his GED Certification while institutionalized. Should he fail to do so, it shall become a condition of supervised release.
4. The defendant shall participate in a program of educational/vocational training, at the direction of the probation office, which may include participation in the United States Probation office's Work Force Development Program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Special Condition: The defendant shall serve the first four months of supervised release at The Plummer Center.

<u>Evidence:</u> Mr. Arthur Davis was instructed to report to The Plummer Center on May 21, 2008, at 9:00 a.m. He failed to report as directed, or any day thereafter.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for Arthur Davis so that he can appear before the Court to answer the charges of violating the conditions of his supervised release.



ORDER OF COURT

Considered and ordered this 2nd day of June, 2008.

Chief U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

Probation Officer

Place    <u>Wilmington, Delaware</u>

Date    <u>May 29, 2008</u>

FILED
JUN - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE