IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Cr. Action No. 1:07CR00101-001 GMS |
| | ) | |
| **Arthur Davis** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

WHEREAS, the Court held a Supervised Release Violation Hearing regarding the allegations in the Petition on Probation and Supervised Release;

WHEREAS, the defendant admitted to the violations contained in the Petition;

IT IS HEREBY ORDERED this 16th day of June, 2008, that the defendant is continued on supervised release, with all the same terms and conditions imposed on December 14, 2007.

IT IS FURTHER ORDERED that defendant shall be held in the custody of the U.S. Marshal until he is accepted into the Plummer Work Release Center for his four month term at said facility. On the date of his acceptance to the Plummer Center, the U.S. Marshal shall produce the defendant to the U.S. Probation Office for transport to the facility.

The Honorable Gregory M. Sleet
Chief U.S. District Judge



FILED
JUN 1? 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE