AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __DELAWARE__

UNITED STATES OF AMERICA

V.

ARTHUR DAVIS

**WARRANT FOR ARREST**

Case Number: 07-CR-102-001 GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ARTHUR DAVIS__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☑ Supervised Release Violation    ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF SUPERVISED RELEASE

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☑ in violation of the conditions of his or her supervision imposed by the court.

| Dr. Peter T. Dalleo | By: Marie McDavid, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | 06/02/2008    Wilmington, DE |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

Arthur Davis

| DATE RECEIVED 6/2/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/5/08 | Toby M. Conrad  DUSM | [signature] |