PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Criminal Action No. 1:07CR00102-001 GMS |
| Arthur Davis | ) ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW Carol L. Sain PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Arthur Davis, who was placed on supervision, after revocation, by the Honorable Gregory M. Sleet, sitting in the court at Wilmington on the 16th day of June, 2008 who fixed the period of supervision at three years. General terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall provide the probation officer with access to any requested financial information.
2. The defendant shall participate in mental health treatment program, at the direction of the probation officer.
3. The defendant shall obtain his GED Certification while institutionalized. Should he fail to do so, it shall become a condition of supervised release.
4. The defendant shall participate in a program of educational/vocational training, at the direction of the probation office, which may include participation in the United States Probation office's Work Force Development Program.
5. The defendant shall complete a four month term at the Plummer Work Release Center.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Special Condition: The defendant scomplete a four month term at Plummer Work Release Center.

**Evidence:** On August 29, 2008, Mr. Davis was discharged from the Plummer Work Release Center for non-compliance with program rules and regulations.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for Arthur Davis so that he can appear before the Court to answer the charges of violating the conditions of his supervised release.



ORDER OF COURT

Considered and ordered this 29th day of August, 2008.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct.

_____
Probation Officer

Place    Wilmington, Delaware

Date    August 29, 2008

FILED

AUG 29 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE