IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-102 GMS |
| | : |
| ARTHUR DAVIS | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a revocation hearing regarding the above-captioned defendant is scheduled for **Wednesday, September 10, 2008, at 9:45 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 3, 2008